# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kurt Peterson, (DOB: XXXXXXXXX)<br><br>*Defendant(s)* | Case: 1:21-mj-00473<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/14/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) and 2 (Obstructing an Official Proceeding and Aiding and Abetting); | |
| 18 U.S.C. § 1361 (Destruction of Government Property); | |
| 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); | |
| 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); | |
| 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds); | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); | |
| 40 U.S.C. § 5104(e)(2)(F) (Engaging in Physical Violence in the Ground or Capitol Building); | |
| 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Zachary Harrison, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____06/14/2021____

*Judge's signature*

City and state: ____Washington, D.C.____   Hon. G. Michael Harvey  U.S. Magistrate Judge
*Printed name and title*